**RECEIVED**
IN ALEXANDRIA, LA.

FEB 1 5 2013

TONY R. MOORE, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **PRENTISS McHENRY** | CIVIL ACTION NO. 3:12-cv-2922 |
| VS. | SECTION P |
| | JUDGE JAMES T. TRIMBLE, JR. |
| **STATE OF LOUISIANA, ET AL.** | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Prentiss McHenry's petition for writ of mandamus be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted, in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 15th day of _____, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE